Andrew Shamis
AZ Bar No. 037343
*ashamis@shamisgentile.com*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: 305.479.2299

[Additional Counsel on Signature Page]

*Attorney for Plaintiffs and Proposed Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **RAUL SANTOS**, et al., individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>**BACKCHECKED, LLC,**<br><br>          Defendant. | Case No. 2:24-cv-03690<br><br>JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY |

1  Plaintiffs Raul Santos, Karlo Peralta, and Raven Jackson ("Plaintiffs") and Defendant Backchecked, LLC ("Defendant") hereby notify the Court that they have reached agreement on the material terms of a class settlement in this matter. To allow the Parties sufficient time to finalize the settlement agreement and prepare the notices to the class and the motion for preliminary approval, the Parties respectfully request that the Court stay all case deadlines for 45 days. Pursuant to this proposal, within 45 days, Plaintiffs will either move for preliminary approval or the Parties will submit a joint status report on settlement.

WHEREFORE, the Parties respectfully request that the Court stay all deadlines for 45 days, at which time Plaintiffs will either move for preliminary approval of the class settlement or the Parties will file a joint status report as to the status of their efforts and anticipated filing date for the motion for preliminary approval.

Dated: August 26, 2025

Respectfully Submitted,

By: /s/ Andrew J. Shamis
Andrew J. Shamis (AZ Bar No. 037343)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One W. Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

1
JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

*Interim Co-Lead Class Counsel*

Dated: August 26, 2025

<u>/s/Michael W. Jervis</u> *(with permission)*
Michael W. Jervis (admitted pro hac vice)
**MULLEN COUGHLIN LLC**
426 W. Lancaster Ave, Suite 200
Devon, PA 19333

\**pro hac vice* application forthcoming